# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CONCELY DEL CARMEN MENDEZ ROJAS, et al., § § § | |
| | CIVIL No. 2:16-cv-01024-RSM |
| Plaintiffs, § | ORDER |
| v. § | GRANTING STIPULATION TO |
| JOHN F. KELLY, Secretary of Homeland § | EXTEND TIME TO SERVE |
| Security; et al., § | INITIAL DISCLOSURES |
| Defendants. § § | |

The Court, having reviewed the pleadings and materials in this case, hereby **ORDERS** that:

Having found good cause, the Court **GRANTS** the stipulated motion to extend the time in which to serve initial disclosures until Tuesday, June 6, 2017.

DATED this 30 day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO
EXTEND TIME TO SERVE
INITIAL DISCLOSURES

Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7181

-1-

Presented by:

GLADYS M. STEFFENS GUZMÁN

*/s/ Gladys M. Steffens Guzmán*
GLADYS M. STEFFENS GUZMÁN
Office of Immigration Litigation
Department of Justice, Civil Division
Trial Attorney, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20001
Telephone: (202) 305-7181
Facsimile: (202) 305-1890

E-Mail: gladys.steffens-guzman@usdoj.gov

ORDER GRANTING STIPULATION TO  Department of Justice, Civil Division
EXTEND TIME TO SERVE  Office of Immigration Litigation
INITIAL DISCLOSURES  P.O. Box 868 Ben Franklin Station
 Washington, D.C. 20044
 (202) 305-7181