# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Concely del Carmen MENDEZ ROJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Elaine C. DUKE, Acting Secretary of Homeland Security, et al., <br><br> Defendants. | No. 2:16-cv-01024-RSM <br><br> STIPULATED MOTION EXTENDING NOTICE DATE AND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ORDER |

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7(b), the parties stipulate to, and move this Court for, a one-week extension of the noting date for Plaintiffs' Motion for Summary Judgment. Pursuant to this Court's Order (Dkt. 49), Plaintiffs filed their Motion for Summary Judgment on October 30, 2017, noting it for November 24, 2017. (Dkt. 57). The parties now stipulate that this noting date be extended one week, until December 1, 2017. Pursuant to this extension, Defendants' opposition brief will be due November 27 and Plaintiffs' reply brief will be due December 1, 2017.

In support of this stipulated motion, the parties state that the motion currently is noted for the day after Thanksgiving, which significantly shortens the time to file the reply brief. Additionally, Plaintiffs' lead counsel, Matt Adams, will be out of the country from November 13-29 and another of Plaintiffs' counsel also will be out of the office on maternity leave during this period.

This one-week extension will not affect any other deadline in the case.

For the reasons stated, the parties have stipulated **that the noting date for Plaintiffs' Motion for Summary Judgment be extended until December 1, 2017**.

ORDER - 1
Case No. 2:16-cv-01024-RSM

AMERICAN IMMIGRATION COUNCIL
100 Summer St., 23rd Fl.
Boston, MA 02110
Tel. (857) 305-3600

IT IS SO ORDERED.

Dated: November 8, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 8th day of November, 2017,

Respectfully submitted,

NORTHWEST IMMIGRANT
 RIGHTS PROJECT

s/ Matt Adams
Matt Adams, WSBA No. 28287
615 2nd Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
matt@nwirp.org

s/ Max Weintraub
J. Max Weintraub
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation - District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-7551
(202) 305-7000 (fax)
jacob.weintraub@usdoj.gov

ORDER - 2
Case No. 2:16-cv-01024-RSM

AMERICAN IMMIGRATION COUNCIL
100 Summer St., 23rd Fl.
Boston, MA 02110
Tel. (857) 305-3600