# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONCELY del CARMEN MENDEZ ROJAS, *et al.*,

    Plaintiff,

v.

JEH JOHNSON, Secretary of the Department of Homeland Security, in his official capacity, *et al.*,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C16-1024 RSM

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Plaintiffs' Motion for Summary Judgment (Dkt. #57) is GRANTED as set forth in the Court's Order Granting Motion for Summary Judgment.

Dated this 29th day of March 2018.

          WILLIAM M. MCCOOL
          Clerk

          /s/ Paula McNabb
          Deputy Clerk