# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CONCELY DEL CARMEN MENDEZ ROJAS, et al., § § § § § § § § Plaintiffs, v. KIRSTJEN NIELSEN, Secretary of Homeland Security; et al., Defendants. | CIVIL No. 2:16-cv-01024-RSM ORDER GRANTING JOINT STIPULATED MOTION TO STAY PROCEEDINGS |

The Court, having reviewed the pleadings and materials in this case, and for good cause shown, it is hereby **ORDERED** that:

The Court **GRANTS** the parties' stipulated motion and stays all proceedings in the above-captioned action, subject to the parties filing a Joint Status Report within 90 days in the event that they have not filed a stipulation of dismissal of this matter by that date.

DATED this 2nd day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO STAY PROCEEDINGS

United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 305-7551

-1-

Presented by:

J. MAX WEINTRAUB

*/s/ J. Max Weintraub*
J. MAX WEINTRAUB
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20001
Telephone: (202) 305-7551
Facsimile: (202) 305-7000

E-Mail: jacob.weintraub@usdoj.gov

ORDER GRANTING MOTION　　　　　　　　　　　　United States Department of Justice, Civil Division
TO STAY PROCEEDINGS　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 868 Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 305-7551

-2-