Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Concely del Carmen MENDEZ ROJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Chad F. WOLF, Acting Secretary of Homeland Security, in his official capacity; et al., <br><br> Defendants. | Case No. 2:16-cv-01024-RSM <br><br> **ORDER ON JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND REQUEST FOR FAIRNESS HEARING** <br><br> NOTED ON MOTION CALENDAR: JULY 24, 2020 |

This matter comes before the Court on the parties' joint motion for preliminary approval of settlement and request for fairness hearing. ECF No. 78. Having considered the motion and accompanying documents, the Court ORDERS as follows:

1. The Settlement Agreement is preliminarily approved.

2. The Class Notice, attached as Exhibit A to the Settlement Agreement, is approved.

3. Notice to the Class shall be given in the manner specified in Section III.F.2 of the Settlement Agreement.

ORDER GRANTING JOINT MOTION
TO APPROVE SETTLEMENT

-1-

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-957-8611

4. This matter is set for a fairness hearing on the 4th day of November, 2020, at 9:30 a.m. at the United States Courthouse, 700 Stewart Street, Seattle WA 98101, in the Courtroom of the Honorable Ricardo S. Martinez.

DATED this 17th day of August, 2020.

                                            RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

Presented this 24th day of July, 2020, by:

| For the Plaintiffs: | For the Defendants: |
|---|---|
| /s/ *Matt Adams*<br>Matt Adams<br>Northwest Immigrant Rights Project<br>615 Second Ave., Suite 400<br>Seattle, WA 98104 | /s/ *J. Max Weintraub*<br>J. Max Weintraub<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |